1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C. Brenton Kugler
Texas Bar No. 11756250 (*pro hac vice*)
brent.kugler@solidcounsel.com
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, Texas 75201
Telephone:  (214)706-4200
Facsimile:  (214)706-4242
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY JANE BEAUREGARD, and JOHN HUGH SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> CLAYTON SAMPSON, an individual; ELISHA SAMPSON, an individual; ENVYTV, LLC, a Nevada limited liability company; and ENVY SOLUTIONS, LLC, a Nevada limited liability company <br><br> Defendants. | Case No.: 2:20-cv-02123-KJD-DJA <br><br><br> **STIPLUATION AND REQUEST TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS [ECF No. 7]** <br><br> **[First Request]** |

    Plaintiffs Mary Jane Beauregard and John Hugh Smith and Defendants Clayton Sampson,

Elisha Sampson and EnvyTV, LLC, by and through their undersigned counsel, hereby agree and

stipulate to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss [ECF No.

7] filed on February 9, 2021.

    Pursuant to LR 7-2(b), Plaintiff's response is currently due February 23, 2021. This

extension was requested by Plaintiff's lead counsel, who is located in Dallas, Texas and is

responsible for preparing Plaintiffs' response. Plaintiffs' Texas counsel has experienced

substantial power outages due to the massive winter storms that hit Texas between February 14-

18, 2021. From the early morning hours of February 15 through February 18, 2021, Plaintiffs'

Texas counsel's ability to perform any work was substantially impaired due to these power outages and Plaintiffs' Texas counsel's office was closed the entire week of February 15-19, 2021.

The parties,[1] by this stipulation, have agreed to request the Court's approval of a seven-day extension of the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss, to **March 2, 2021**.

Dated: February 22, 2021

**RAICH LAW, PLLC**


    /s/ Brian Schneider
Brian Schneider (15458)
Sagar Raich (13229)
6785 S. Eastern Avenue
Las Vegas, NV 89119
(702) 758-4240

**ATTORNEYS FOR
DEFENDANTS**

**ALVERSON TAYLOR & SANDERS**

**Kurt R. Bonds, Esq.,** Nevada Bar No. 6228
**Trevor R. Waite, Esq.,** Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontraylor.com

and

By: /s/ C. Brenton Kugler
    C. Brenton Kugler
    Texas Bar No. 11756250 (*pro hac vice*)
    brent.kugler@solidcounsel.com

**SCHEEF & STONE LLP**
500 North Akard Street
Suite 2700
Dallas, Texas 75201
(214) 706-4200 Telephone
(214) 472-2150 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

---

[1] On January 18, 2021, Plaintiffs voluntarily dismissed their claims against Defendant Envy Solutions, LLC [ECF No. 6].

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED:

_____

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE


DATED:   2/23/2021