C. Brenton Kugler
Texas Bar No. 11756250 (*pro hac vice*)
brent.kugler@solidcounsel.com
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, Texas 75201
Telephone: (214)706-4200
Facsimile: (214)706-4242
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY JANE BEAUREGARD, and JOHN HUGH SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON SAMPSON, an individual; ELISHA SAMPSON, an individual; ENVYTV, LLC, a Nevada limited liability company; and ENVY SOLUTIONS, LLC, a Nevada limited liability company<br><br>Defendants. | Case No.: 2:20-cv-02123-KJD-DJA<br><br>**FIRST STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY PLAN AND SCHEDULING ORDER**<br>[ECF No. 27] |

Pursuant to Local Rule 26-1 of the Local Rules of Practice for the United States District Court District of Nevada, counsel for Plaintiffs Mary Jane Beauregard and John Hugh Smith, and Defendants Clayton Sampson, Elisha Sampson and EnvyTV, LLC (collectively the "Parties") hereby stipulate and jointly request an extension of Scheduling Order deadlines pursuant to LR 26-3.

**1.      Good Cause Exists for the Extension.**

Counsel for Parties make this joint stipulation for purposes of extending the initial discovery deadlines so that they can avoid the necessity of motion practice and have additional time to complete discovery and otherwise prepare for trial. This is the first stipulation presented

1

to the Court to extend deadlines in the Scheduling Order. Counsel have conferred throughout the discovery process with an aim to streamlining the process and complete discovery in a timely manner, however, documents responsive to Plaintiff's First Request for Production to Defendants remain to be produced, Plaintiff requires time to review those documents before retaining experts and or conducting the depositions of the Defendants.

    A. <u>Discovery Completed</u>.  The Parties completed their initial disclosures within the applicable deadlines. Plaintiff has served its first sets of Request for Admissions, Interrogatories, and Document Production.  Defendants have responded to the requests and interrogatories but are still in the process of obtaining all documents sought by Plaintiff. The Parties are in the process of conferring regarding several issues related to the Defendants' responses to Plaintiffs' Interrogatories and Requests for Admissions and hope to resolve those issues without the necessity of a motion to compel. Subsequent to Defendant's responses, Plaintiff has served additional Requests for Document Production, which remain outstanding.

    B. <u>Discovery Remaining to be Completed</u>.  Plaintiff intends to depose Defendants Clayton Sampson and Elisha Sampson and conduct a 30(b)(6) deposition of Defendant EnvyTV, LLC. Defendants may seek to depose any experts designated by Plaintiffs.  Plaintiff wants to have document production substantially complete prior to deposing the Defendants.  In addition, Plaintiff and Defendants seek to depose non-party Eddie Freeman, a resident of Massachusetts. Plaintiff is also in the process of serving one or more document subpoenas to non-parties, including but not limited to Multisoft Corporation, based in Florida. Depending on information revealed by documents requested by Plaintiffs that have yet to be produced by the Defendants, Plaintiff may also seek to add EnvyCares, LLC as a defendant and/or conduct a 30(b)(6) deposition of this entity. EnvyCares, LLC was recently disclosed to Plaintiffs in Defendants' responses to Plaintiffs' Interrogatories.

C. <u>Reason for Inability to Complete Discovery</u>.  Good cause exists to extend discovery as the Parties have diligently conducted discovery, and counsel has worked together to complete discovery.  However, Plaintiffs are in New Hampshire, Plaintiffs' counsel is in Texas, Defendants are in California, and Defendant's counsel are in Nevada. While the communication issues are certainly surmountable, the minor delay in one or two days to respond and communicate due to time zones has slowly aggregated to increase the time required for discovery.

In addition, Plaintiffs' document requests include requests for information relating to Defendant EnvyTV, LLC's Affiliate commission structure and the disposition of commissions generated by the Plaintiffs' respective EnvyTV Affiliate downlines following the termination of Plaintiffs' respective Affiliate positions. Some, if not all of these documents are held or administered by third parties, introducing additional delays in obtaining requested documents.

The discovery timeframe that was initially set was aggressive.  With the increasing scope of discovery during the process, additional avenues of inquiry have opened that Plaintiff needs to investigate, including discovery related to EnvyCares, LLC. Accordingly, where the Parties aggressively set a discovery plan deadlines, when relief from those deadlines is sought in good faith, justice is served by granting such reasonable extensions. This is the first request to extend deadlines in the Scheduling Order and the Parties are not seeking to extend deadlines that have already passed.

The extension is requested now for the specific purpose of preventing the requirement of Plaintiff having to file a motion to compel which may not be necessary and allowing additional time for Defendants to produce documents requested by Plaintiffs and continue their attempts to resolve pending discovery issues. If these matters cannot be resolved Plaintiff will proceed with a Motion to Compel.

D. <u>Proposed Revised Schedule.</u>

a. **October 9, 2021** (currently July 9, 2021) – FED. R. CIV. P. 26(a)(2) Disclosures (Experts).

b. **November 9, 2021** (currently August 9, 2021) – FED. R. CIV. P. 26(a)(2) Rebuttal Disclosures (Experts).

c. **October 9, 2021** (currently July 9, 2021) – Deadline to file non-dispositive motions or motions to compel discovery.

d. **November 9, 2021** (currently August 8, 2021) – Fact Discovery Cut-Off Date.

e. **December 7, 2021** (currently September 7, 2021) – Deadline for filing Dispositive Motions.

f. **December 7, 2021** (currently September 7, 2021) – Expert Discovery Cut-Off Date.

g. **January 7, 2022** (currently October 7, 2021) – Deadline to file Pretrial Order (If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order).

h. **January 7, 2022** (currently October 7, 2021) – FED. R. CIV. P. 26(a)(3) Disclosures (LR 26-1(b)(6) – Unless the discovery plan otherwise provides and the court so orders, the disclosures required by FED. R. CIV. P. 26(a)(3) and any objections to them must be included in the joint pretrial order).

Dated: July 9, 2021.

Respectfully submitted,

| | |
|---|---|
| **ALVERSON TAYLOR & SANDERS** | **RAICH LAW PLLC** |
| **Kurt R. Bonds, Esq.**<br>Nevada Bar No. 6228<br>**Trevor R. Waite, Esq.**<br>Nevada Bar No. 13779<br>efile@alversontraylor.com<br><br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>(702) 384-7000 Telephone<br><br>-and-<br><br>**SCHEEF & STONE LLP**<br><br>By: */s/ C. Brenton Kugler*<br>**C. Brenton Kugler**<br>Texas Bar No. 11756250 (*pro hac vice*)<br>brent.kugler@solidcounsel.com<br><br>500 North Akard Street<br>Suite 2700<br>Dallas, Texas 75201<br>(214) 706-4200 Telephone<br>(214) 472-2150 Facsimile<br><br>**ATTORNEYS FOR PLAINTIFFS MARY JANE BEAUREGARD AND JOHN HUGH SMITH** | By: */s/ Sagar Raich*<br>**Sagar Raich**<br>Nevada State Bar No. 13229<br>**Brian Schneider**<br>Nevada State Bar No. 15458<br>sraich@raichattorneys.com<br>bschneider@raichattorneys.com<br><br>6785 S. Eastern Avenue, Ste. 5<br>Law Vegas, Nevada 89119<br>(702) 758-4240 Telephone<br><br>**ATTORNEYS FOR DEFENDANTS CLAYTON SAMPSON, ELISHA SAMPSON, AND ENVYTV, LLC** |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**DATED:** July 12, 2021