UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mary Jane Beauregard and John Hugh Smith,<br><br>    Plaintiffs,<br><br> v.<br><br>Clayton Sampson, et al.,<br><br>    Defendants. | Case No. 2:20-cv-02123-KJD-DJA<br><br>**Order** |

  Before the Court is Defendants' counsel's—Sagar Raich, Esq. and Brian Schneider, Esq.—motion to withdraw (ECF No. 45), Plaintiffs' response (ECF No. 46), and Defendants' reply (ECF No. 47). In their response, Plaintiffs do not object to the withdrawal, but ask that the Court require Defendants retain new counsel or that Defendants' counsel provide an address, phone number, and email address for each of the Defendants. (ECF No. 45). Defendants' counsel replied with an address and phone number where all the Defendants could be reached. (ECF No. 47).

  Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). "The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion." LR IA 11-6(b). Additionally, corporations and other unincorporated associations must appear in court through an attorney. *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994); *see United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam).

  The Court finds that Defendants' counsel has met the requirements of LR IA 11-6(b) except for including a certificate of service with Defendants' last known address. The Court nonetheless grants the motion because Defendants' counsel indicates that Defendants have

requested their withdrawal. Defendants' counsel is directed to serve a copy of the motion and this order on Defendants.

The Court will also require that Defendants EnvyTV, LLC and Envy Solutions, LLC advise the Court if they will retain new counsel if they intend to continue to litigate the matter. The Court cannot require that individual Defendants Clayton Sampson and Elisha Sampson retain new counsel. However, it will require Clayton Sampson and Elisha Sampson to advise the Court if they intend to retain new counsel or proceed *pro se*.

**IT IS THEREFORE ORDERED** that Defendants' counsel's motion to withdraw (ECF No. 45) is **granted**. The Clerk of Court is kindly directed to add Defendants' last known addresses to the civil docket and send a copy of this order to the Defendants.

**Clayton Sampson**
11064 Ranch Drive
Rancho Cucamonga, CA 91737
Phone: (951) 453-9996

**Elisha Sampson**
11064 Ranch Drive
Rancho Cucamonga, CA 91737
Phone: (951) 453-9996

**EnvyTV, LLC**
c/o Clayton Sampson and/or Elisha Sampson
11064 Ranch Drive
Rancho Cucamonga, CA 91737
Phone: (951) 453-9996

**EnvySolutions, LLC**
c/o Clayton Sampson and/or Elisha Sampson
11064 Ranch Drive
Rancho Cucamonga, CA 91737
Phone: (951) 453-9996

**IT IS FURTHER ORDERED** that Sagar Raich, Esq. and Brian Schneider, Esq. of the of Raich Law PLLC must serve a copy of the motion to withdraw and this order on Defendants.

**IT IS FURTHER ORDERD** that EnvyTV, LLC and Envy Solutions, LLC must advise the Court whether they will retain new counsel if they intend to continue to litigate this matter by

**Wednesday, March 2, 2022**.  Filing a notice of new counsel on or before this date is sufficient to comply with this order.

**IT IS FURTHER ORDERED** that Clayton Sampson and Elisha Sampson must advise the Court whether they will retain new counsel or proceed *pro se* by **Wednesday, March 2, 2022.** Filing a notice of new counsel on or before this date is sufficient to comply with this order.

DATED: January 31, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE