UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mary Jane Beauregard and John Hugh Smith,<br><br>              Plaintiffs,<br><br>      v.<br><br>Clayton Sampson, et al.,<br><br>              Defendants. | Case No. 2:20-cv-02123-KJD-DJA<br><br>**Order** |

   Before the Court is Defendants' Clayton Sampson; Elisha Sampson; EnvyTV, LLC; and Envy Solutions, LLC's motion to file documents electronically (ECF No. 49) and notice that they will be proceeding *pro se* (ECF No. 50).  As a preliminary matter, both the motion and the notice include EnvyTV, LLC and Envy Solutions, LLC.  However, corporations and other unincorporated associations must appear in court through an attorney.  *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994); *see United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  EnvyTV, LLC and Envy Solutions, LLC must retain counsel to continue litigating in this matter; the Sampsons cannot litigate on their behalf.  EnvyTV, LLC and Envy Solutions, LLC must advise the Court if they will retain new counsel if they intend to continue litigating this matter on or before **Thursday, March 31, 2022**.  A notice of new counsel is sufficient to fulfill this requirement.

   On the other hand, the Sampsons—as individuals—may proceed *pro se*.  Because only the Sampsons may appear *pro se*, the Court construes the motion to file documents electronically as pertaining only to the Sampsons.  Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case.  The Sampsons appear to have access to a word processing program and assert that electronic service is easiest for them.  Because the

Court finds that the Sampsons are capable of filing electronically, it grants the motion. (ECF No. 49).

**IT IS THEREFORE ORDERED** that the Sampsons' motion to file electronically (ECF No. 49) is **granted**.

**IT IS FURTHER ORDERED** that the Sampsons must comply with the following procedures to activate a CM/ECF account:

1. The Sampsons must complete the CM/ECF tutorial, become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and finally, obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

2. The Sampsons must read and comply with the guidelines available at https://www.nvd.uscourts.gov/e-filing-permission/

**IT IS FURTHER ORDERED** that EnvyTV, LLC and Envy Solutions, LLC must advise the Court if they will retain new counsel if they intend to continue litigating this matter on or before **Thursday, March 31, 2022**. A notice of new counsel is sufficient to fulfill this requirement.

DATED: March 1, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE