# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

MARY JANE BEAUREGARD, and
JOHN HUGH SMITH.

       Plaintiffs.

vs.

CLAYTON SAMPSON, an individual;
ELISHA SAMPSON, an individual;
ENVYTV, LLC, a Nevada limited liability
company; and ENVY SOLUTIONS, LLC, a
Nevada limited liability company

       Defendants.

Case No.  2:20-cv-02123-KJD-DJA

**STIPULATION AND ORDER
REGARDING MOTION REQUESTING
LEAVE TO APPEAR
TELEPHONICALLY ON PLAINTIFFS'
MOTION FOR ATTORNEY'S FEES
AND COSTS**

Plaintiffs MARY JANE BEAUREGARD, and JOHN HUGH SMITH by and through their

counsel of record, and Defendants CLAYTON SAMPSON and ELISHA SAMPSON submit the

following stipulation and agreement regarding Defendants' Motion Requesting Leave to Appear

Telephonically on Plaintiffs' Motion for Attorneys' Fees and Costs [ECF No. 76] as follows:

    1.    Plaintiffs' Motion for Attorney's Fees and Costs [ECF No. 65] is currently set for

hearing before Magistrate Judge Albregts on December 19, 2022 at 2:30 p.m. in Courtroom 3C.

    2.    On December 13, 2022, Defendants filed their Motion Requesting Leave to Appear

Telephonically (via Zoom) at the hearing on Plaintiffs' Motion [ECF No. 76]. On December 14,

2022, Magistrate Judge Albregts entered a Minute Order requiring Defendants to meet and confer

with Plaintiffs' counsel regarding Defendants' Motion Requesting Leave to Appear

Telephonically [ECF No. 77].

    3.    On December 14, 2022, Defendant Clayton Sampson and Plaintiffs' counsel Brent

Kugler conferred regarding Defendants' Motion. As a result of the conference, Defendants and

Plaintiffs hereby stipulate and agree that Plaintiffs, through their counsel, and Defendants Clayton

1

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

Sampson and Elisha Sampson may appear via videoconference at the hearing on Plaintiffs' Motion for Attorney's and Costs.

4. In support of this stipulation, the parties state that Defendants, as well as Plaintiffs' counsel with Scheef & Stone, LLP are out-of-state. Both Defendants and counsel for Plaintiffs are able to participate in the hearing remotely, but with the short notice given for the hearing, both Defendants and counsel for Plaintiffs have scheduling conflicts that make it greatly inconvenient to appear in person for the hearing on December 19, 2022.

5. Further, although Plaintiffs have local counsel, the Motion for Attorney's Fees concerns fees incurred by attorneys at Scheef & Stone, and attorneys from that firm are best suited to respond to any inquiries from the Court regarding the fees requested

DATED this 15th day of December, 2022.

**ALVERSON TAYLOR & SANDERS**

**Kurt R. Bonds, Esq.**
Nevada Bar No. 6228
efile@alversontraylor.com
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000 Telephone

-and-

**SCHEEF & STONE LLP**

By: */s/ C. Brenton Kugler*
**C. Brenton Kugler**
Texas Bar No. 11756250 (*pro hac vice*)
brent.kugler@solidcounsel.com
500 North Akard Street
Suite 2700
Dallas, Texas 75201
(214) 706-4200 Telephone
(214) 472-2150 Facsimile

**ATTORNEYS FOR PLAINTIFFS
MARY JANE BEAUREGARD AND
JOHN HUGH SMITH**

    *Clayton Sampson*
Clayton Sampson

*Defendant, Pro Se*


    *Elisha Sampson*
Elisha Sampson

*Defendant, Pro Se*

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

2

**ORDER**

Good cause appearing therein, IT IS HEREBY ORDERED that the parties' stipulation (ECF No. 78) is GRANTED.  The hearing will be conducted by video and all parties will receive an email invitation with a link to appear.

IT IS FURTHER ORDERED that Defendants' motion requesting leave to appear telephonically on plaintiffs' motion for attorney's fees and cost (ECF No. 76) is DENIED as moot.

DATED this 15th day of December 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV  89149
(702) 384-7000

3

KRB/26947