UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY JANE BEAUREGARD and JOHN HUGH SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON SAMPSON, et al.,<br><br>Defendants. | Case No. 2:20-cv-02123-KJD-DJA<br><br>**ORDER – Granting Motion to Preclude Defendants from Testifying in Narrative Form** |

Presently before the Court is Plaintiffs' Motion to Preclude Defendants from Testifying in Narrative Form (#118). Defendants filed a response in opposition (#120) to which Plaintiffs replied (#131). In addition, Defendants filed a response in opposition to Plaintiffs' reply. (#132).

Plaintiffs move to preclude Defendants from offering testimony in a narrative fashion at trial. (#118). In their motion, Plaintiffs argue that allowing Defendants to testify in a narrative form would place "inadmissible, irrelevant and highly prejudicial material before the Court prior to Plaintiffs' counsel having an opportunity to object." Id. at 2. Plaintiffs further argue that allowing "[Defendants] to testify in narrative fashion would defeat the purpose and policy behind the Federal Rules of Evidence." Id. As such, Plaintiffs request "this Court require Defendants . . . to offer testimony in question-and-answer format as opposed to narrative format, giving Plaintiff's counsel an opportunity to object." Id. In response, Defendants assert that Plaintiffs' motion is "frivolous" and argue that not allowing them to testify in narrative form will prejudice their ability to present evidence. (#120, at 1).

During trial, a court may exercise its discretion in deciding whether to allow a defendant to testify in narrative format or not. See United States v. Savchenko, 215 F. App'x 647, 648–49 (9th Cir. 2006); see also United States v. Gallagher, 99 F.3d 329, 331–32 (9th Cir.1996) (holding that district court did not abuse its discretion in preventing a defendant, who had previously testified with assistance of counsel, from testifying in a narrative fashion). The purpose of this decision is

to insure "that trial proceed[s] in an orderly and fair manner." Gallagher, 99 F.3d at 329. After reviewing the record, the Court finds that the most appropriate way forward is to have Defendants testify in a question-and-answer format when called as their own witnesses.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Preclude Defendants from Testifying in Narrative Form (#118) is **GRANTED**.

**IT IS FURTHER ORDERED** that, before the start of trial, Defendants must submit a list of questions they intend to ask and answer when testifying as witnesses. Defendants are not required to submit a list of questions for any other testifying witnesses. In the alternative, if the Defendants prefer not to disclose their questions, they can have a "reader" pose them while on the stand.

Dated this 28th day of December 2023.

_____
Kent J. Dawson
United States District Judge