UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY JANE BEAUREGARD and JOHN HUGH SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON SAMPSON, et al.,<br><br>Defendants. | Case No. 2:20-cv-02123-KJD-DJA<br><br>**ORDER – Granting Motion to Extend Time to Respond** |

Presently before the Court is Defendants' Motion to Extend Time to Respond (#146). In a previous Order, the Court directed Plaintiffs to file a new damages summary and motion for attorney's fees and costs within fourteen (14) days. (#140, at 17). Defendants would then have seven (7) days to respond. Id. Moreover, the Court also ordered Defendants to produce a full accounting of all corporate and personal financial records related to EnvyTV, EnvySolutions, EnvyCares, EnvyConnect, EnvySocial, and EnvyCrypto within thirty (30) days. Id. at 18. Defendants now seek an extension of all pending deadlines and ask the Court for an additional thirty (30) days in which to file the requested information. (#146, at 1-2). Having read Defendants' motion, and good cause being found, it is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time to Respond (#146) is **GRANTED**. Defendants will have until March 22, 2024, to file their response to Plaintiffs' new damages summary and motion for attorney's fees and costs. Plaintiffs will have seven days to reply. Furthermore, Defendants will have until March 22, 2024, to file their full accounting of all corporate and personal financial records related to EnvyTV, EnvySolutions, EnvyCares, EnvyConnect, EnvySocial, and EnvyCrypto. No further extensions will be granted.

Dated this 22nd day of February 2024.

_____
Kent J. Dawson
United States District Judge