**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
Nevada State Bar No. 6587
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
JasonC@Hoflandlaw.com
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

Attorney for Defendants **Clayton Sampson, Elisha Sampson**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY JANE BEAUREGARD, and JOHN HUGH SMITH, <br><br>     Plaintiffs, <br><br> vs. <br><br><br> CLAYTON SAMPSON, an individual, ELISHA SAMPSON, an individual, et. al. <br><br>     Defendants. | CASE NO.: 2:20-cv-02123-KJD-DJA |

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE PUNITIVE DAMAGES HEARING BRIEFING

**POINTS AND AUTHORITIES**

On February 24, 2025, this Court set held a punitive damages hearing. (*See* ECF No. 180 (minutes).) At the end of the hearing, the Court directed concurrent briefing on the punitive damages hearing. That concurrent briefing is due on March 28, 2025.

Counsel for the Defendants is requesting that this Court set the concurrent briefing date for Monday, March 31, 2025. The reason for this request is that the office has another major filing due on Friday March 28, 2025, that, while it is largely completed, has proven to present technical difficulties that are delaying that filing. To ensure that these difficulties do not prevent a timely filing in the instant matter, counsel for the Defendants is respectfully asking for a continuance to Monday, March 31, 2025, for both parties to file their simultaneous briefs.

Counsel for the defense contacted counsel for the Plaintiffs. The Plaintiffs do not object to this request. The Defendants thank the Plaintiffs for this extension of professional courtesy.

Defendants respectfully submit there is good cause to grant this request for an extension. A court has inherent power to control its own docket to ensure that cases proceed in a timely and orderly matter. *Cf. Clinton v. Jones*, 520 U.S. 681, 705 (1997) (explaining that a court is vested with broad discretion to stay a civil proceeding). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986); *Rios-Barrios v. I.N.S.*, 776 F.2d 859, 862-63 (9th Cir. 1985). Further, case schedules may be modified for "good cause." Fed. R. Civ. P. 16(b)(4).

"The central inquiry under Fed. R. Civ. P. 16(b)(4) is whether the requesting party was diligent." *DRK Photo v. McGraw-Hill Glob. Educ. Holdings, LLC*, 870 F.3d 978, 989 (9th Cir. 2017). "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification." *Johnson v. Mammoth*

*Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "If that party was not diligent, the inquiry should end." *Id.*

Counsel for the Defendants has been diligent in preparing the post-hearing briefing by ensuring the transcript of the February 11, 2025 hearing was ordered in a timely manner and ready for filing. Additionally, counsel has endeavored to track down the discovery chain in the case, where current counsel came on board after this matter's bench trial, in an attempt to determine what documents, if any, should have been produced to the Plaintiff earlier in the proceedings.

Allowing the defense a one-court day continuance will also ensure that counsel has adequate time to confer with the Defendants, who live in California, over the weekend to ensue that the filing is factually accurate regarding their current financial and professional situation.

Because of press of business and other scheduling conflicts, and technical difficulties the defense has experienced with large filings recently, defendants Clayton and Elisha Sampson respectfully request, in this unopposed motion, that this Court allow both parties to file their post-punitive damages hearing briefs on Monday, March 31, 2025.

DATED this 27th Day of March, 2025.

Respectfully submitted,

*/s/ Jason F. Carr*
HOFLAND & TOMSHECK
JASON F. CARR
228 S. 4th Street
First Floor
Las Vegas, Nevada 89101
(702) 895-6760
JasonC@Holflandlaw.com

It is so Ordered:
Dated: 3/27/2025

United States District Court Judge

2