AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

MaryJane Beauregard et al.,

               Plaintiffs,

   v.

Clayton Sampson et al.,

               Defendants.

SUPPLEMENTAL JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02123-KJD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS HEREBY ORDERED that, consistent with these findings and conclusions, supplemental judgment for punitive damages shall be entered in favor of Plaintiffs against Defendants EnvyTV, Elisha Sampson, and Clayton Sampson in the amount of $750,000.00. Furthermore, since Defendant EnvyTV is the alter ego of Defendants Clayton Sampson and Elisha Sampson, they are jointly and severally liable for the entire supplemental judgment amount for punitive damages.

09/30/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk